BEFORE THE SECOND DIVISION, FEBRUARY 7, 1966

No. 69776.—I. B. Cohen & Sons Corp. et al. v. United States, protests 330467–K, etc. (New York).

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise consists of battery-operated lanterns which contain as an essential feature an electrical element or device and that they are not illuminating or lighting fixtures, or lamps and do not contain any electrical heating elements as constituent parts, the claim of the plaintiffs was sustained.